IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:24-CV-00126-KDB-SCR

| | |
|---|---|
| THE SAVINGS BANK MUTUAL LIFE INSURANCE COMPANY OF MASSACHUSETTS, <br><br> Plaintiffs, <br><br> v. <br><br> MADELINE HUGHES, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 9). Following this Court's September 9, 2024 Order deferring ruling on the motion and directing Plaintiff to serve the motion and supporting memorandum on Defendant, (Doc. No. 12), Plaintiff complied with the Order on September 12, 2024. (Doc. No. 13). However, Defendant still has not responded, offered a defense or otherwise participated in this action. Therefore, after having carefully considered this Motion, Plaintiff's supporting Memorandum and the full record, the Court will grant the motion.

**NOW THEREFORE IT IS ORDERED THAT:**

1. Plaintiff's Motion for Default Judgment is (Doc. No. 9) is **GRANTED;**
1. Judgment is entered in favor of Plaintiff a) restraining her from seeking any relief under the insurance policy at issue or challenging the applicability of the policy in any other hearing and b) resolving that the policy is hereby rescinded and is of no effect; and

1

2. The Clerk is directed to close this matter in accordance with this Order.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: October 15, 2024

Kenneth D. Bell
United States District Judge