# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| The Savings Bank Mutual Life Insurance Company of Massachusetts, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 5:24-cv-00126-KDB-SCR |
| vs. | ) ) | |
| Madeline Hughes, | ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 15, 2024 Order.

October 15, 2024

Katherine Hord Simon, Clerk
United States District Court